UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>    Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:19-cv-01290-RFB-EJY<br><br>**ORDER** |

On August 15, 2019, the court denied habeas corpus petitioner Keishawn Cranford's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within 30 days. More than the allotted time has passed, and Cranford has failed to pay the filing fee or respond to the Court's order in any manner. Thus, the present action will be dismissed without prejudice for failure to comply with the Court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

*/ / /*

/ / /

/ / /

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: October 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**